No. 84–1049. GOVERN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1052. FISHMAN v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 84–1056. ZEROVNIK v. E. F. HUTTON & CO., INC., ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84–1059. FENNESSY ET AL. v. INTERNATIONAL DAIRY QUEEN, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1064. MCNABB v. OREGONIAN PUBLISHING CO. Ct. App. Ore. Certiorari denied.

No. 84–1066. WALLACE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1071. BRACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–1074. STROOM v. CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1075. ST. LOUIS COUNTY, MISSOURI v. CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT. C. A. 8th Cir. Certiorari denied.

No. 84–1081. MORRISSEY v. WILLIAM MORROW & CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–1088. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1091. CARVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1096. NICKS ET AL. v. FORD. C. A. 6th Cir. Certiorari denied.